DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TARYA A. TRIBBLE,

Appellant,

v.

EDWAY, INC.,

Appellee.

No. 2D22-554

_____

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Caroline Tesche
Arkin, Judge.

Luke Lirot of Luke Charles Lirot, P.A., Clearwater, for Appellant.

Heather A. DeGrave and Stuart J. Levine of Walters Levine & DeGrave,
Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, KELLY, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.